IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LAFAYETTE BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 08-1119 |
| | ) | |
| v. | ) | Judge McVerry |
| | ) | Magistrate Judge Bissoon |
| ATTORNEY HERBERT TERRELL, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM ORDER**

Lafayette Brown's civil rights complaint was received by this Court on August 11, 2008, and was referred to United States Magistrate Judge Cathy Bissoon for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation, filed on August 25, 2008, recommended that the Complaint be dismissed in accordance with the Prison Litigation Reform Act, 28 U.S.C. § 1915(e)(2)(B)(ii) (Doc. 3). The parties were allowed ten days from the date of service to file objections. Service was made upon the Plaintiff by First Class United States Mail. Plaintiff filed objections at a related case, Civil Action No, 08-1121, which the Court will interpret as being objections addressed to this case as well.

After de novo review of the pleadings and documents in the case, together with the Report and Recommendation and the

objections thereto, the following order is entered:

AND NOW, this 15th day of September, 2008,

IT IS HEREBY ORDERED that the Complaint is DISMISSED. The Report and Recommendation of Magistrate Judge Bissoon, (Doc. 3), dated August 25, 2008, is adopted as the opinion of the court. The Clerk is directed to mark the case CLOSED.

s/Terrence F. McVerry<br>
Terrence F. McVerry<br>
U.S. District Court Judge

cc:
LAFAYETTE BROWN
2656 Leland Street
Pittsburgh, PA 15214